STATE OF CONNECTICUT *v.* MURRAY R. GOLD

The defendant's motion that this court review the order of the Superior Court for the judicial district of Waterbury, dated November 25, 1974, fixing his bail in the amount of $500,000 is granted and, it appearing that subsequent to the filing of that motion the Superior Court, acting pursuant to the provisions of General Statutes § 54-53a, reduced the bond to $300,000, the relief sought in his motion is denied.

*Victor M. Ferrante* and, of the New York bar, *William M. Kunstler,* in support of the motion.

Submitted April 23—decided May 8, 1975

ALEXANDER J. KOVACS *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF BETHEL

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Fairfield County is denied.

*Francis J. Collins,* in support of the petition.
*Stephen C. Gallagher,* in opposition.